IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINAL LYNN MARIOLLE,

    Plaintiff,

v.

VOLVO GROUP NORTH AMERICA, INC., et al.,

    Defendants.

No. C 09-04250 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *Raymond Mariolle v. Volvo Group North American, Inc., et al.*, N.D. Civ. No. 09-1209-MMC.

**IT IS SO ORDERED.**

Dated: December 15, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Judge Maxine M. Chesney