Anthony E. Sonnett (SBN 163182)
asonnett@asonnettlaw.com
Trevor J. Ingold (SBN 193227)
tingold@asonnettlaw.com
Matt F. Cohen (SBN 261275)
mcohen@asonnettlaw.com
SONNETT & ASSOCIATES
333 S. Grand Avenue, Suite 3550
Los Angeles, CA 90071
Telephone: (213) 628-2200
Facsimile: (213) 628-2221

Attorneys for Defendants
VOLVO TRUCKS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| REGINA LYNN MARIOLLE,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. CV-09-4250 JSW<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE OF MOTION TO DISMISS NOTICED BY DEFENDANTS VOLVO TRUCKS NORTH AMERICA, INC., CONSOLIDATED METCO, INC., AND AMSTED INDUSTRIES INC. TO FEBRUARY 5, 2010 |

For good cause shown, the motions of defendants Volvo Group North America, Inc., Consolidated Metco, Inc., and Amsted Industries, Inc. (collectively "defendants") to dismiss plaintiff's complaint, or in the alternative, for a more definite statement set for hearing on January 15, 2010 have been continued to February 5, 2010.

**IT IS SO ORDERED**

Dated: December 21, 2009

_Jeffrey S. White_
U.S. District Judge