| | |
|---|---|
| 1 | Anthony E. Sonnett (SBN 163182) |
| | asonnett@asonnettlaw.com |
| 2 | Trevor J. Ingold (SBN 193227) |
| | tingold@asonnettlaw.com |
| 3 | Matt F. Cohen (SBN 261275) |
| | mcohen@asonnettlaw.com |
| 4 | SONNETT & ASSOCIATES |
| | 333 S. Grand Avenue, Suite 3550 |
| 5 | Los Angeles, CA 90071 |
| | Telephone: (213) 628-2200 |
| 6 | Facsimile: (213) 628-2221 |
| 7 | Attorneys for Defendants |
| | VOLVO TRUCKS NORTH AMERICA, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| REGINA LYNN MARIOLLE, | CASE NO. CV-09-4250 JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE OF MOTION TO DISMISS NOTICED BY DEFENDANTS VOLVO TRUCKS NORTH AMERICA, INC., CONSOLIDATED METCO, INC., AND AMSTED INDUSTRIES INC. TO FEBRUARY 5, 2010 |
| vs. | |
| VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; and DOES 1 through 25, inclusive, | |
| Defendants. | |

For good cause shown, the motions of defendants Volvo Group North America, Inc., Consolidated Metco, Inc., and Amsted Industries, Inc. (collectively "defendants") to dismiss plaintiff's complaint, or in the alternative, for a more definite statement set for hearing on January 15, 2010 have been continued to February 5, 2010.

**IT IS SO ORDERED**

Dated: December 21, 2009

_/s/ Jeffrey S. White_
U.S. District Judge