Anthony E. Sonnett (SBN 163182)
asonnett@asonnettlaw.com
Trevor J. Ingold (SBN 193227)
tingold@asonnettlaw.com
Matt F. Cohen (SBN 261275)
mcohen@asonnettlaw.com
SONNETT ♦ INGOLD
333 S. Grand Avenue, Suite 3550
Los Angeles, CA 90071
Telephone: (213) 628-2200
Facsimile: (213) 628-2221

Attorneys for Defendants
VOLVO TRUCKS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| REGINA LYNN MARIOLLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. CV-09-4250 MMC<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO ADOPT PRE-TRIAL PREPARATION ORDER OF RELATED CASE NO. C-09-1209 MMC AND REMOVE CASE MANAGEMENT CONFERENCE FROM CALENDAR |

WHEREAS, Case No. C-09-4250 <u>Regina Lynn Mariolle v. Volvo Group North America, Inc. et al.</u> has been deemed related to Case No. C-09-1209 <u>Raymond P. Mariolle v. Volvo Group North America, Inc. et al.</u> pursuant to Local Rule 3-12, and reassigned to this Court;

WHEREAS, plaintiff Regina Mariolle's complaint in Case No. C-09-4250 sets forth only a loss of consortium claim based on her husband's alleged injuries, which are the subject of her husband's complaint in Case No. C-09-1209;

WHEREAS, this Court already held a Case Management Conference and issued a Pre-Trial Preparation Order for case No. C-09-1209 on October 9, 2009;

///

///

| | |
|---|---|
| 1 | WHEREAS, the plaintiffs and defendants are represented by the same respective counsel |
| 2 | in each case; |
| 3 | The Case Management Conference set for Friday January 29, 2010 for Case No. C-09- |
| 4 | 4250 is taken off calendar in the interest of judicial economy, and based on the relatedness |
| 5 | between Case No. C-09-4250 and Case No. C-09-1209; |
| 6 | The applicable dates and orders set forth in the Court's Pre-Trial Preparation Order of |
| 7 | October 9, 2009 for Case No. C-09-1209 are adopted and shall applyto related Case No. |
| 8 | C-09-4250. |

**IT IS SO ORDERED**

Dated January 20, 2010

*[signature]*
U.S. District Judge