Anthony E. Sonnett (SBN 163182)
asonnett@sonnettingold.com
Trevor J. Ingold (SBN 193227)
tingold@asonnettlaw.com
Matt F. Cohen (SBN 261275)
mcohen@sonnettingold.com
SONNETT ♦ INGOLD
333 S. Grand Avenue, Suite 3550
Los Angeles, CA 90071
Telephone: (213) 628-2200
Facsimile: (213) 628-2221
Attorneys for Defendant
VOLVO TRUCKS NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| REGINA LYNN MARIOLLE<br><br>Plaintiff,<br><br>v.<br><br>VOLVO GROUP NORTH AMERICA, INC.;<br>CONSOLIDATED METCO, INC;<br>AMSTED INDUSTRIES, INC.;<br>AND DOES 1 through 25, inclusive<br><br>Defendants. | CASE NO. C-09-4250 MMC<br><br>[PROPOSED] ORDER GRANTING STIPLUATION FOR FILING AMENDED COMPLAINT AND TO SET TIME FOR RESPONSIVE PLEADING |

WHEREAS, plaintiff Regina Mariolle ("Plaintiff") filed a First Amended Complaint on January 22, 2010;

WHEREAS, on January 20, 2010 this Court adopted the Pre-Trial Order of related Case No. C-09-1209, <u>Raymond P. Mariolle v. Volvo Group North America, Inc. et al</u>, which set January 8, 2010 as the last day to amend pleadings;

WHEREAS Plaintiff also filed her First Amended Complaint later than 21 days after defendants Volvo Trucks North America, Inc., Consolidated Metco,

Inc., and Amsted Industries Inc. ("Defendants") filed a Rule 12(b) motion against her Complaint, which is beyond the period permitted by Federal Rule of Civil Procedure 15(a)(1)(B);

WHEREAS, the parties wish to allow Plaintiff to properly file her First Amended Complaint and set a date for responsive pleadings to said First Amended Complaint;

The ~~Plaintiff shall file the~~ First Amended Complaint attached to the parties' Stipulation pursuant to Federal Rule of Civil Procedure 15(a)(2), and Local Rules 6-1(b) and 6-2; and previously filed by plaintiff on January 22, 2010 is deemed properly filed.

Defendants will have 14 days from ~~the time Plaintiff's First Amended Complaint is filed~~ the date of this order to file a responsive pleading to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED**

Dated __March 2__, 2010

U.S. District Judge
Hon. Maxine M. Chesney