GARY B. ROTH, ESQ., State Bar No. 248031
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: groth@boxerlaw.com

Attorneys for Plaintiff
RAYMOND P. MARIOLLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA LYNN MARIOLLE, | No. C-09-4250 MMC |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO THE HONORABLE MAXINE M. CHESNEY |
| vs. | |
| VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; and DOES 1 through 25, inclusive, | **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; AND ORDER** |
| Defendants. | |

NOW INTO COURT, through undersigned counsel, comes Regina Lynn Mariolle, plaintiff herein, who moves this Honorable Court for an order permitting plaintiff to file a Second Amended Complaint to name Labrie Environmental Group (Labrie) and Wittke Waste Equipment (Wittke) as additional defendants in this action.

This personal injury action has been instituted to recover damages sustained by Raymond P. Mariolle as a consequence of two single-vehicle collisions which were caused by the failure of the vehicle's wheel hubs. The wheel hubs are the point on the vehicle where the tire and rim are attached to the vehicle. The Volvo vehicle, operated by Mr. Mariolle at the time of the collision, sustained hub failures on September 17, 2007 and October 29, 2007, causing a tire and rim of the vehicle to detach and the vehicle to lose control.

1
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; AND ORDER

Upon information and belief, the vehicle was designed, manufactured, distributed and sold by Volvo Trucks North America, Inc. (VTNA) with component parts which were manufactured by Consolidated Metco, Inc. and/or Amsted Industries, Inc. VTNA and Consolidated Metco, Inc. have alleged that Labrie and Wittke were responsible for the alleged defects in the vehicle.

Plaintiff seeks to amend the complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. The proposed Second Amended Complaint is attached as Exhibit "1" and is incorporated herein as if copied *in extenso*.

Counsel for plaintiff has contacted Matt F. Cohen, counsel for VTNA, and Anthony E. Sonnett, counsel for Amsted Industries, Inc. and Consolidated Metco, Inc., regarding this motion. Counsel for VTNA has advised that his client will not oppose the motion. Counsel for Amstead Industries, Inc. and Consolidated Metco, Inc. has advised that his clients will not oppose the motion.

Dated: May 20, 2010

BOXER & GERSON, LLP

By: _____
GARY B. ROTH
Attorneys for Plaintiff
RAYMOND P. MARIOLLE

### ORDER

Regina Lynn
IT IS ORDERED that ~~Raymond~~ Mariolle may file the ~~Amended Complaint.~~ Second Amended Complaint, on the condition that plaintiff file the Second Amended Complaint no later than May 21, 2010 and serve it on the newly-named defendants no later than June 18, 2010.

Dated: May 20, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
Judge of the United States District Court