```
 1  Edward P. Sangster (SBN 121041)
    ed.sangster@klgates.com
 2  Brendan J. Tuohy (SBN 233253)
    brendan.tuohy@klgates.com
 3  K&L GATES LLP
    Four Embarcadero Center, Suite 1200
 4  San Francisco, CA 94111
    Telephone: 415.882.8200
 5  Facsimile: 415.882.8220

 6  Attorneys for Defendant
    LABRIE ENVIRONMENTAL GROUP
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| REGINA LYNN MARIOLLE, | Case No. CV-09-4250 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR LABRIE ENVIRONMENTAL GROUP** |
| vs. | |
| VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT and DOES 1 through 25, inclusive, | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Labrie Environmental Group hereby makes the following substitution of counsel of record:

Former Counsel of Record:
    Edward P. Sangster (SBN 121041)
    Brendan J. Tuohy (SBN 233253)
    K&L GATES LLP
    Four Embarcadero Center, Suite 1200
    San Francisco, CA 94111
    Telephone: 415.882.8200
    Facsimile: 415.882.8220
    ed.sangster@klgates.com
    brendan.tuohy@klgates.com

should be removed and, consequently, should no longer receive notice of e-Filings.

Defendants Labrie Environmental Group new counsel of record will be:

1
SUBSTITUTION OF ATTORNEY

Ann Asiano, Esq.
Bradley, Curley, Asiano, Barrabee & Gale, LLP
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
P: (415) 464-8888
F: (415) 464-8887
aasiano@professionals-law.com

Ms. Asiano hereby enters her appearance as counsel of record on behalf of Labrie Environmental Group and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Labrie Environmental Group.

THIS SUBSTITUTION IS HEREBY ACKNOWLEDGEED AGREED TO:

K&L GATES LLP

Dated: August 31, 2010    By: _____
                              BRENDAN J. TUOHY

                              BRADLEY, CURLEY, ASIANO,
                              BARRABEE & GALE, LLP

Dated: August 3, 2010     By: _____
                              ANN ASIANO

2
SUBSTITUTION OF ATTORNEY

1  DEFENDANT LABRIE ENVIRONMENTAL GROUP CONSENT TO THIS
2  SUBSTITUTION:
3
   LABRIE ENVIRONMENTAL GROUP
4
5  Dated: August 31st, 2010        By: _____
6                                  Name  MARCO SPAIN
                                   Title  V-P FINANCE & ADministration
7
8  IT IS SO ORDERED.
9
10
       September 10, 2010
11 DATED: _____, 2010

12                                 By _____
13                                    ~~Honorable Jeffrey S. White~~
                                      Judge of the United States District Court
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
SUBSTITUTION OF ATTORNEY