```
Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Brendan J. Tuohy (SBN 233253)
brendan.tuohy@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
WITTKE WASTE EQUIPMENT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| REGINA LYNN MARIOLLE,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CV-09-4250 MMC<br><br>STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR WITTKE WASTE EQUIPMENT |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Wittke Waste Equipment hereby makes the following substitution of counsel of record:

Former Counsel of Record:

>Edward P. Sangster (SBN 121041)
>Brendan J. Tuohy (SBN 233253)
>K&L GATES LLP
>Four Embarcadero Center, Suite 1200
>San Francisco, CA  94111
>Telephone: 415.882.8200
>Facsimile: 415.882.8220
>ed.sangster@klgates.com
>brendan.tuohy@klgates.com

should be removed and, consequently, should no longer receive notice of e-Filings.

Defendant Wittke Waste Equipment's new counsel of record will be:

Ann Asiano, Esq. (SBN 094891)
Bradley, Curley, Asiano, Barrabee & Gale, LLP
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
P: (415) 464-8888
F: (415) 464-8887
aasiano@professionals-law.com

Ms. Asiano hereby enters her appearance as counsel of record on behalf of Wittke Waste Equipment and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Wittke Waste Equipment.

THIS SUBSTITUTION IS HEREBY ACKNOWLEDGEED AGREED TO:

K&L GATES LLP

Dated: November 15, 2010       By: _____
                                    BRENDAN J. TUOHY

                                    BRADLEY, CURLEY, ASIANO,
                                    BARRABEE & GALE, LLP

Dated: Nov 9, 2010              By: _____
                                    ANN ASIANO

DEFENDANT WITTKE WASTE EQUIPMENT CONSENTS TO THIS SUBSTITUTION:

WITTKE WASTE EQUIPMENT

Dated: _____, 2010      By: *[signature]*
Name: Jennifer L. Sherman
Title: Senior Vice President, General Counsel

IT IS SO ORDERED.

DATED: December 9, 2010

By *[signature]*

Judge of the United States District Court

3
SUBSTITUTION OF ATTORNEY

Case 3:09-cv-04250-MMC   Document 60   Filed 12/09/10   Page 4 of 4
*Regina Lynn Mariolle v. Volvo Group North America, Inc., et al.*
U.S. District Court – Northern District of California , SF Division Case No.:  CV-09-4250 MMC

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR WITTKE WASTE EQUIPMENT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

JOHN M. ANTON, ESQ.
GARY B. ROTH, ESQ.
**BOXER 7 GERSON, LLP**
300 FRANK H. OGAWA PLAZA
ROTUNDA BUILDING, SUITE 500
OAKLAND, CA 94612
GROTH@BOXERLAW.COM
ATTORNEYS FOR PLAINTIFF

DOUGLAS A. KROESCH, ESQ.
**GALLAWA BROWN KROESCH**
2207 "J" STREET
SACRAMENTO, CA 95816
DKROESCH@GBKLAWOFFICES.COM
ATTORNEYS FOR DEFENDANTS AMSTED INDUSTRIES INCORPORATED & CONSOLIDATED METCO, INC.

ANTHONY EVAN SONNETT
**SONNETT & ASSOCIATES**
333 GRAND AVENUE, SUITE 3550
LOS ANGELES, CA 90071-1553
ATTORNEYS FOR DEFENDANT
VOLVO TRUCKS NORTH AMERICA, INC.

_____
Silvia E. Traughber