UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE MAXINE M. CHESNEY      Case No. **C-09-1209 MMC**
**Raymond & Regina Mariolle vs Volvo Group N. America et al**

NOTE FROM THE JURY

Note No. 1

Date 5/18/12

Time 1102

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Does Duty to warn (p 43) specifically apply before or at time of sale

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE MAXINE M. CHESNEY      Case No. **C-09-1209 MMC**
**Raymond & Regina Mariolle vs Volvo Group N. America et al**

NOTE FROM THE JURY

Note No. 2

Date 5/18/12

Time 1249

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Please define "product" and "ordinary consumer" as referenced on page 35. Does "product" include each component (hub, cab/chassis, garbage truck) separately or as one complete?

Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE MAXINE M. CHESNEY          Case No. **C-09-1209  MMC**
<u>**Raymond & Regina Mariolle vs Volvo Group N. America et al**</u>

NOTE FROM THE JURY

Note No. 3

Date 5/18/12

Time 4:47 pm

1. The Jury has reached a unanimous verdict (✓)

or

2. The Jury has the following question:




_____
Foreperson of the Jury