IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND P. MARIOLLE and REGINA MARIOLLE,

        Plaintiffs,

  v.

VOLVO TRUCKS NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; and WITTKE WASTE EQUIPMENT,

        Defendants.

                                    /

No. CV-09-1209 MMC
No. CV-09-4250 MMC

**JUDGMENT IN A CIVIL CASE**

    **(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **( ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that plaintiffs Raymond P. Mariolle and Regina Mariolle shall have judgment against defendants Volvo Trucks North America, Inc.; Consolidated Metco, Inc.; and Wittke Waste Equipment in the amounts set forth in the Special Verdict Form filed on May 21, 2012.

Dated: May 21, 2012

                                            Richard W. Wieking, Clerk

                                            *Tracy Lucero*

                                            By: Tracy Lucero
                                            Deputy Clerk